# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tara Marie Newman

Debtor(s)

Case No.: 20-14525-mdc

Chapter 13

## PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

*Amended Plan and Certificate of Service* filed at Docket Number 43.

Date: June 17, 2021          By:    /s/ Brad J. Sadek, Esquire
                                    Attorney for Debtor