**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TARA MARIE NEWMAN<br><br>Wells Fargo Bank, N.A.,<br>  Movant<br><br>vs.<br><br>TARA MARIE NEWMAN,<br>  Debtor, | Case No. 20-14525-mdc<br>Chapter 13 |

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

  Wells Fargo Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Automatic Stay filed on September 8, 2021.  Paid in Full.

This 28th day of September, 2021.

        */s/ Andrew Spivack*
        Andrew Spivack
        (Bar No. 84439)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Suite 130
        Mount Laurel, NJ 08054
        Telephone:  844-856-6646 x3017
        Facsimile:  704-369-0760
        E-Mail:  PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TARA MARIE NEWMAN<br><br>Wells Fargo Bank, N.A.,<br>        Movant<br><br>vs.<br><br>TARA MARIE NEWMAN,<br>        Debtor, | Case No. 20-14525-mdc<br>Chapter 13 |

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Motion For Relief From Automatic Stay has been electronically served or mailed, postage prepaid on September 28, 2021 to the following:

TARA MARIE NEWMAN
5200 HILLTOP DR
APT DD15
BROOKHAVEN, PA 19015-1262

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com


William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com