IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Tara Marie Newman | : | Chapter 13 |
| | : | Case No.: 20-14525-MDC |
|    Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

     I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: October 27, 2021                      /s/ Brad J. Sadek, Esquire
                                                                          Brad J. Sadek, Esquire
                                                                          Sadek and Cooper Law Offices, LLC
                                                                          1315 Walnut Street, Suite 502
                                                                          Philadelphia, Pa 19107
                                                                          215-545-0008