| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Tara Marie Newman | Case Number:<br><br>2:2020-bk-14525 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **1803** UCID: **WFCMGE2014525PAE84021803** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **4** | | |
| 3.  Signature:<br><br>Check the appropriate box.<br>   X  **I am the creditor.**<br>      **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:  /s/ Karen Sue Branas              Date: 02/02/2022<br>     VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 20-14525

**Tara Marie Newman**  CHAPTER: 13

*Debtor(s).*

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Tara Marie Newman
5200 Hilltop Drive
Unit #DD15
Brookhaven, PA 19015

*Debtor's Attorney:*  *By CM / ECF Filing:*

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

*Trustee:*  *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)